IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

COGENT COMMUNICATIONS, INC., )
)
    Plaintiff, )
)
v. ) No. 1:15-cv-1632 (LMB/IDD)
)
DEUTSCHE TELEKOM AG, )
)
    Defendant. )

ORDER

For the reasons stated in open court, defendant Deutsche Telekom AG's Motion to Dismiss Plaintiff's Amended Complaint for Forum Non Conveniens [Dkt. No. 24] is GRANTED, Defendant Deutsche Telekom AG's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim and Lack of Personal Jurisdiction [Dkt. No. 21] is DENIED AS MOOT, and it is hereby

ORDERED that this civil action be and is DISMISSED pursuant to the doctrine of forum non conveniens because the proper forum for this dispute is Bonn, Germany.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

Entered this 13 day of May, 2016.

Alexandria, Virginia

                                                                     /s/
                                            Leonie M. Brinkema
                                            United States District Judge